IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

CHARLES MICHAEL HALL            )
          Plaintiff            )
                            )
v.            )            Case # 2:20-CV-370
                            )
                            )
UNITED STATES OF AMERICA, et al            )
          Defendants            )

## *<u>SUMMONS IN A CIVIL ACTION</u>*

TO:

UNITED STATES OF AMERICA            BILL E. WHALEN, JR.
4700 BUREAU ROAD SOUTH            1690 HULMAN WAYE CT.
TERRE HAUTE IN 47802            TERRE HAUTE IN 47803

THOMAS J. WATSON            MICHAEL C. UNDERWOOD
WARDEN            ASSOCIATE WARDEN
USP-TERRE HAUTE            USP-TERRE HAUTE
4700 BUREAU ROAD SOUTH            4700 BUREAU ROAD SOUTH
TERRE HAUTE IN 47802            TERRE HAUTE IN 47802

LT. (fnu) SHERMAN
USP-TERRE HAUTE
4700 BUREAU ROAD SOUTH
TERRE HAUTE IN 47802

A lawsuit has been filed against you.  Within 21 days after service of this

summons on you (not counting the day you received it) — or 60 days if you are the

United States or a United States agency, or an officer or employee of the United

States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff

an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> FREDERICK A. DUCHARDT, JR.
> P.O. Box 216
> Trimble MO 64492
> Phone:  816-213-0782
> Fax:    816-635-5155
> e-mail: fduchardt@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

> CLERK OF THE COURT

Date:  _____          _____
                                        Signature of Clerk or Deputy Clerk